**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed April 28, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00149-CV

## DARREN PAYNE AND GWENDOLYN PAYNE AND ALL OCCUPANTS OF 14010 NORHILL POINTE DR. HOUSTON, TEXAS 77044-5174, Appellants

V.

## WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006-1 ASSET-BACKED CERTIFICATES SERIES 2006-1, Appellee

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1146315**

### MEMORANDUM  OPINION

This is an appeal from a judgment signed February 3, 2020. Appellants' brief was due March 20, 2020 but was not filed. On April 14, 2020, this court issued an order directing appellants to file a brief or risk dismissal of the appeal. Later in the

day on April 14, 2020, appellee filed a motion to dismiss for want of prosecution. The certificate of conference states appellants do not oppose dismissal.

The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.